HOLMAN v. STATE.    (No. 3100.)

(Court of Criminal Appeals of Texas. April 22, 1914.)

CRIMINAL LAW (§ 1022*)—APPEAL—CONVICTIONS IN RECORDER'S COUNTY COURTS.

Under the statutes, one having been convicted in the recorder's court of violating an ordinance, and on appeal to the county court again convicted, and fined $20 cannot appeal to the Court of Criminal Appeals.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig §§ 2581, 2582; Dec. Dig. § 1022.*]

Appeal from Lamar County Court; Rube S. Wells, Judge.

H. L. A. Holman was convicted in the county court, on appeal from the recorder's court, and again appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Complaint was filed in the recorder's court of the city of Paris, and appellant was there convicted of violating a city ordinance. He appealed to the county court, and was again tried and convicted, and his punishment assessed at a fine of $20.

Under the statutes of this state, no appeal lies under such circumstances, and the appeal is therefore dismissed from the docket.

DAVIDSON, J., absent at consultation.